UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------x

**04 CV 3114**

ANGULO CAPITAL CORP.
and GERARD ANGULO,

          Plaintiff,

- against -

Civil Action
Case No.:    04 Civ.

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP,

**Rule 7.1 Statement**

          Defendant.
----------------------------------------------x

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Angulo Capital Corp.** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.  - **NONE**

Date: <u>April 22, 2004</u>
Signature of Attorney: _____
Attorney Bar Code:  <u>EB8598</u>

Form Rule7_1.pdf