Stuart A. Krause (SK-3847)
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

Attorneys for Defendant
 Skadden, Arps, Slate, Meagher & Flom, LLP

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGULO CAPITAL CORP. and GERARD ANGULO,<br><br>                           Plaintiffs,<br><br>         - against -<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP,<br><br>                           Defendant. | Civil Action No.: 04 CV 3114 (KMW)<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, that the time for defendant Skadden, Arps, Slate, Meagher & Flom, LLP to respond to the summons and complaint is hereby extended to and including May 27, 2004. A facsimile copy of this stipulation may be deemed an original for all purposes. The original time to respond expires on May 13, 2004. This is the first such request.

Dated:   New York, New York
         May 11, 2004

ERIC W. BERRY LAW OFFICE PC

By: _____
Eric W. Berry, Esq. (EB-8598)
Attorney for Plaintiffs
509 Madison Avenue, Suite 2004
New York, New York 10022
(212) 355-0777

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Stuart A. Krause, Esq. (SK-3847)
Attorneys for Defendant
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

SO ORDERED:
KMW
_____
U.S.D.J.    5/13/04

Dockets.Justia.com