Stuart A. Krause (SK-3847)
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

Attorneys for Defendant
  Skadden, Arps, Slate, Meagher & Flom LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGULO CAPITAL CORP. and GERARD ANGULO,<br><br>Plaintiffs,<br><br>- against -<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP,<br><br>Defendant. | Civil Action No.: 04 CV 3114 (KMW)<br><br>**STATEMENT PURSUANT TO FED.R.CIV.P. 7.1** |

   The undersigned attorneys of record for defendant Skadden, Arps, Slate, Meagher & Flom LLP, certify that Skadden, Arps, Slate, Meagher & Flom LLP is a law firm organized as a limited liability partnership under the laws of the State of Delaware and it has the following affiliates: Skadden, Arps, Slate, Meagher & Flom (Illinois), a general partnership, and Skadden, Arps, Slate, Meagher & Flom (International) in Singapore and Australia. None of these affiliates are publicly held or traded.

Dated: New York, New York
    June 10, 2004

               ZEICHNER ELLMAN & KRAUSE LLP


              By:/s/Stuart A. Krause
                Stuart Krause (SK-3847)
                Attorneys for Defendant
                575 Lexington Avenue
                New York, New York 10022
                (212) 223-0400

440896/3229.001/SAK