Stuart A. Krause (SK-3847)
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

Attorneys for Defendant
  Skadden, Arps, Slate, Meagher & Flom, LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGULO CAPITAL CORP. and GERARD ANGULO,<br><br>                        Plaintiffs,<br><br>         - against -<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP,<br><br>                        Defendant. | Civil Action No.: 04 CV 3114 (KMW)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the Attorney Statement of Stuart A. Krause; the Affidavit of Bruce M. Buck; the Affidavit of Christopher L. Baker; the Affidavit of Rona G. Shamoon and the exhibits thereto; and the accompanying memorandum of law; and upon all prior pleadings and proceedings had herein, the undersigned attorneys for defendant Skadden, Arps, Slate, Meagher & Flom LLP, will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order dismissing, with prejudice, the Complaint in this action pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and granting such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 6.1(b) of the Local Rules of the United States District Court for the Southern District of New York any opposing affidavits and answering memoranda shall be served within ten (10) business days after service of the moving papers.

Dated: New York, New York
      June 10, 2004

                                      ZEICHNER ELLMAN & KRAUSE LLP

                                      By: /s/Stuart A. Krause_____
                                          Stuart A. Krause, Esq. (SK-3847)
                                          Attorneys for Defendant
                                          575 Lexington Avenue
                                          New York, New York  10022
                                          (212) 223-0400

440779.01/3229-001/BG