UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGULO CAPITAL CORP.<br>and GERARD ANGULO,<br><br>                      Plaintiffs,<br><br>      - against -<br><br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP,<br><br>                      Defendant. | Civil Action No.: 04 CV 3114 (    )<br><br>**AFFIDAVIT OF**<br>**BRUCE M. BUCK** |

Bruce M. Buck, deposes and says under penalties of perjury the following:

1. I am a partner of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), defendant in the above-captioned action. I submit this affidavit in support of Skadden's motion to dismiss the complaint in the above captioned action in accordance with Federal Rule of Civil Procedure 12(b)(1).

2. I am a United States citizen. I was born in New York City on February 13, 1945. From 1983 through the present, I have lived and worked continually in London, England.

3. In 1988, I became a partner in Skadden. Since becoming a Skadden partner, I have not filed resident tax returns in any U.S. state. During those years when I was a Skadden partner, I filed non-resident tax returns in the states in which Skadden has offices.

4. Since 1988 through the present, my primary residence has been a home I own in Chelsea Square, London, where I live with my wife and children. I own a vacation home in Snowmass Village, Colorado, where I spend approximately fourteen days per year. During at least the past twenty years I have not voted in any State or local election in the United States nor was I registered to do so.

5. It is my intention to remain in England indefinitely.

_____
Bruce M. Buck

Sworn to before me
this ___ day of June 2004.

_____
Notary Public  M.E. HATCHARD
Solicitor of the Supreme Court
of England and Wales