UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGULO CAPITAL CORP. and GERARD ANGULO,<br><br>                              Plaintiffs,<br><br>        - against -<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP,<br><br>                              Defendant. | Civil Action No.: 04 CV 3114 (   )<br><br>**AFFIDAVIT OF**<br>**CHRISTOPHER L. BAKER** |

Christopher L. Baker, deposes and says under penalties of perjury the following:

1.    I am a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), defendant in the above-captioned action. I submit this affidavit in support of Skadden's motion to dismiss the complaint in the above captioned action in accordance with Federal Rule of Civil Procedure 12(b)(1).

2.    I am a United States citizen. I was born in Lake Forest, Illinois on February 14, 1958. From 1986 through the present, I have lived and worked continually in Paris, France. In 1993, I became a partner in Skadden. Since becoming a Skadden partner, I have not filed resident tax returns in any U.S. state. During those years when I was a Skadden partner, I filed non-resident tax returns in the states in which Skadden has offices.

117532.01-Paris Server 1A - MSW

3. Since 1998, I have owned a residence on Avenue Georges Mandel in Paris where I currently live with my wife and minor children. I own no real property in the United States. During at least the past ten years I have not voted in any State or local election in the United States nor was I registered to do so. Since 1994, I have held only a French driver's license.

4. It is my intention to remain in France indefinitely.

_____
Christopher L. Baker

Sworn to before me
this ___ day of June 2004.

_____
Notary Public

Je soussigné Maître
Jean POUSTIS
Notaire associé à Meudon 92190
certifie la signature apposée
ci-contre comme étant celle
de Mr Christopher L. BAKER

Fait à MEUDON, le 11 juin 2004

APOSTILLE ETATS-UNIS
(convention de La Haye du 5 Octobre 1961)

1. République Française
Le présent acte public
2. a été signé par : Jean POUSTIS
3. agissant en qualité de : Notaire
4. est revêtu du sceau de : Etude de Me MEUDON
Attesté
5. à VERSAILLES   6. le 11 JUIN 2004
7. Par le Procureur Général de la Cour d'Appel
8. Sous le N° 1434/2004
10. Signature