| | |
|---|---|
| STATE OF NEW YORK, | AFFIDAVIT OF SERVICE |
| COUNTY OF NEW YORK. | BY HAND DELIVERY |

Anthony E. Primo, being duly sworn, says: I am over the age of eighteen years, am not a party herein and reside in Queens County; that on the 10th day of June, 2004, I personally served a true copy of the within

1. Notice of Motion to Dismiss the Complaint;
2. Attorney Statement of Stuart A. Krause and exhibits;
3. Affidavit of Rona G. Shamoon;
4. Affidavit of Christopher L. Baker;
5. Affidavit of Bruce M. Buck; and
6. Memorandum of Law.

upon Eric Berry, Esq. Eric Berry Law Office pc, 509 Madison Avenue, Suite 2004, New York, New York 10022

_____
ANTHONY E. PRIMO

Sworn to before me this
15th day of June, 2004

_____
Notary Public

441145/3229.001/sak

MICHAEL W. ANTONIVICH
Notary Public, State of New York
No. 01AN4762190
Qualified in Nassau County
Commission Expires June 30, 20 06