```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/04
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
ANGULO CAPITAL CORP.
and GERARD ANGULO,

        Plaintiffs,

- against -

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP,

        Defendant.
-----------------------------------------x

Civil Action
Case No.: 04 Civ. 3114 (KMW)

**STIPULATION**

IT IS HEREBY STIPULATED by and between the undersigned parties that:

1. Plaintiffs will serve their submissions in opposition to the motion by defendants to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) BY HAND on or before July 9, 2004.

2. Defendant will serve its reply papers in support of the motion BY HAND or BY FEDERAL EXPRESS on or before August 4, 2004.

Dated: New York, New York
July 24, 2004

Eric W. Berry Law Office pc

By: _____
   Eric W. Berry [EB8598]
*Attorneys for plaintiffs Angulo Capital*
*Corp. and Gerard Angulo*
509 Madison Avenue, Suite 2004
New York, New York 10022
(212) 355-0777

Zeichner Ellman & Krause, LLP

By: _____
   Stuart Krause [SK3847]
*Attorneys for defendant Skadden, Arps*
*Slate, Meagher & Flom, LLP*
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

NY, NY

Enter:

_____
Hon. Kimba M. Wood, U.S.D.J.

6-25-04