| | |
|---|---|
| STATE OF NEW YORK, | AFFIDAVIT OF SERVICE |
| COUNTY OF NEW YORK. | BY HAND DELIVERY |

E. ANTHONY PRIMO, being duly sworn, says: that I am over the age of eighteen years, am not a party herein, and reside in Queens County, and that on the 4th day of August, 2004, I served a true copy of the within **AFFIDAVITS and REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION TO DISMISS** upon the attorneys hereinafter named at the place hereinafter stated and set opposite their name by personally delivering the same, to said attorneys at their last known address given below.

| NAME | ADDRESS |
|---|---|
| Eric W. Berry, Esq. | 509 Madison Avenue, Suite 2004 |
| Eric W. Berry Law Office pc | New York, New York 10022 |
| Attorney for Plaintiff | |

_____
E. ANTHONY PRIMO

Sworn to before me this
4th day of August, 2004

_____
Notary Public

MICHAEL W. ANTONIVICH
Notary Public, State of New York
No. 01AN4762190
Qualified in Nassau County
Commission Expires June 30, 20 06

444448.01/3229-001/MOS