UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGULO CAPITAL CORP.<br>and GERARD ANGULO,<br><br>                              Plaintiffs,<br><br>              - against -<br><br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP,<br><br>                              Defendant. | Civil Action No.: 04 CV 3114 (KMW)<br><br>**AFFIDAVIT OF**<br>**STUART A. KRAUSE** |

State of N.Y.
County of N.Y.

Stuart A. Krause, deposes and says under penalties of perjury the following:

1.  I am a member of Zeichner Ellman & Krause LLP, attorneys for defendant Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"). I submit this affidavit in further support of Skadden's motion to dismiss the complaint in the above captioned action in accordance with Federal Rule of Civil Procedure 12(b).

2.  Attached as Exhibit A are Skadden's responses to plaintiffs' Interrogatories in The Herrick Company, Inc., et al. v. Vetta Sports, Inc., et al., 94 Civ. 0905 (RPP).

_____
Stuart A. Krause

Sworn to before me
this 3rd day of August 2004.

_____
Notary Public

MICHAEL W. ANTONIVICH
Notary Public, State of New York
No. 01AN4762190
Qualified in Nassau County
Commission Expires June 30, 20 06