**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
**PARTNERSHIP AGREEMENT**

_____ (signature)
CHRISTOPHER BAKER (print name)

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
**PARTNERSHIP AGREEMENT**

_____ (signature)
BRUCE M. BIRK             (print name)

5

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
PARTNERSHIP AGREEMENT


_Hilary Faulkes_ (signature)
Hilary Faulkes (print name)

5

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
PARTNERSHIP AGREEMENT

_____ (signature)
NOBUHISA ISHIZUKA (print name)

5

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
PARTNERSHIP AGREEMENT

_____ (signature)
ALAN G. SCHIFFMAN  (print name)

5