UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGULO CAPITAL CORP. and GERARD ANGULO,<br><br>         Plaintiffs,<br><br>  - against -<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP,<br><br>         Defendant. | Civil Action No.: 04 CV 3114 (KMW)<br><br>**AFFIDAVIT OF<br>ALAN G. SCHIFFMAN** |

State of California  )
         ) ss.
County of Los Angeles )

  Alan G. Schiffman, deposes and says under penalties of perjury the following:

  1. I am a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), defendant in the above-captioned action. I am also a member of Skadden, Arps, Slate, Meagher & Flom (International). I submit this affidavit in support of Skadden's motion to dismiss the complaint in the above captioned action in accordance with Federal Rule of Civil Procedure 12(b)(1).

  2. I am a United States citizen. I hold citizenship in no other country. From August 1996, through the present, I have lived and worked continually in Hong Kong.

  3. In the year 1998, I became a full equity partner in Skadden. For the tax year 1997 to the present, I have not filed resident tax returns in any U.S. state. Since becoming a Skadden partner, I have filed non-resident tax returns in the states in which Skadden has offices.

i

      4.     Since 1998, I have maintained a residence on Tregunter Path in Hong Kong, where I currently live. I am not married. I do not own any real property in the United States.

      5.     From on or about 1997, I have not voted in any state or local election in the United States, nor, to the best of my knowledge, am I registered to do so. I have a Hong Kong drivers license, and since October 1996, I have held, and continue to hold, a valid Hong Kong Identity Card, which establishes that I am a bona fide resident of Hong Kong.

      6.     It is my intention to remain in Hong Kong indefinitely.

_____
Alan G. Schiffman

Sworn to before me
this 26th day of July 2004.

_____
Notary Public

LISA L. FRAZIER
Commission # 1326499
Notary Public - California
Los Angeles County
My Comm. Expires Oct 22, 2005