UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGULO CAPITAL CORP.<br>and GERARD ANGULO,<br><br>                           Plaintiffs,<br><br>- against -<br><br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP,<br><br>                           Defendant. | Civil Action No.: 04 CV 3114 (KMW)<br><br>**AFFIDAVIT OF<br>NOBUHISA ISHIZUKA** |

Nobuhisa Ishizuka, deposes and says under penalties of perjury the following:

1. I am a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), defendant in the above-captioned action. I am not a member of any other law firm or any other partnership. I submit this affidavit in support of Skadden's motion to dismiss the complaint in the above captioned action in accordance with Federal Rule of Civil Procedure 12(b)(1).

2. I am a United States citizen. I hold citizenship in no other country. From 1999 through the present, I have lived and worked continually in Tokyo, Japan. In the year 2000, I became a full equity partner in Skadden. For the past four years, I have not filed resident tax returns in any U.S. state. Since becoming a Skadden partner, I have filed non-resident tax returns in the states in which Skadden has offices.

i

3. Since 1999, I have maintained a residence in the Hiroo district of Shibuya Ward in Tokyo, where I currently live with my wife and minor children. I own a vacation home in Madison, Connecticut, but have not spent any time there within the last five years.

4. For the past five years, I have not voted in any state or local election in the United States, nor was I registered to do so. I hold a Japanese drivers license.

5. It is my intention intend to remain in Japan indefinitely.

                                                                              _____
                                                                                Nobuhisa Ishizuka

Sworn to before me
this 14th day of July 2004.

_____
Notary Public

RONA G. SHAMOON
NOTARY PUBLIC, State of New York
No. 02SH5074153
Qualified in Westchester County
Commission Expires March 10, 2007