UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGULO CAPITAL CORP.<br>and GERARD ANGULO,<br><br>        Plaintiffs,<br><br>  - against -<br><br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP,<br><br>        Defendant. | Civil Action No.: 04 CV 3114 (KMW)<br><br>**AFFIDAVIT OF**<br>**HILARY S. FOULKES** |

    Hilary S. Foulkes, deposes and states on oath under penalties of perjury the following:

    1.  I am a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), defendant in the above-captioned action. I am not a member of any other law firm or any other partnership. I submit this affidavit in support of Skadden's motion to dismiss the complaint in the above captioned action in accordance with Federal Rule of Civil Procedure 12(b)(1).

    2.  I am a United States citizen. I hold citizenship in no other country. From 1988 through the present, I have lived and worked continually in Germany and the United Kingdom.

    3.  In the year 1995, I became a full equity partner in Skadden. For the past fifteen years, I have not filed resident tax returns in any U.S. state. Since becoming a Skadden partner, I have filed non-resident tax returns in the states in which Skadden has offices.

4. Since 2002, I have owned a residence on Paulinenstrasse in Bad Soden, Germany, where I currently live with my wife and minor children. I do not own any real property in the United States.

5. For the past eight years, I have not voted in any state or local election in the United States, nor am I registered to do so. I have a German drivers license.

6. It is my intention to remain in Germany indefinitely.

Sworn by the said Hilary S. Foulkes  _____

At:   40 Bank Street, London E14 5DS
This  15th day of July, 2004

Before me,

_____
Solicitor / ~~Commissioner for Oaths~~

Full name:         Shaun William Lascelles
Qualifications:    Solicitor, Supreme Court of England and Wales
Full address:      49 Manchuria Road, London SW11 6AF