UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGULO CAPITAL CORP. and GERARD ANGULO,
                         Plaintiffs,

          -against-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP,
                      Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/05

04 CIVIL 3114 (KMW)

**JUDGMENT**

      Defendant having moved to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction, and the matter having come before the Honorable Kimba M. Wood, United States District Judge, and the Court, on February 4, 2005, having rendered its Order granting defendant's motion to dismiss, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 4, 2005, defendant's motion to dismiss is granted; accordingly, the case is closed and any pending motions are moot.

**Dated:** New York, New York
         February 15, 2005

                                      **J. MICHAEL McMAHON**
                                      Clerk of Court
                    BY:
                                      **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____