Eric W. Berry [EB 8598]
Eric W. Berry Law Office pc
*Attorneys for plaintiff Gerard Angulo*
132 Nassau Street, Suite 1300
New York, New York   10038
(212) 355-0777

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
ANGULO CAPITAL CORP.
and GERARD ANGULO,

     Plaintiffs,

 - against -         Civil Case No.
              04 Civ. 3114 (KMW)

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP,

     Defendant.
------------------------------------------------x  **NOTICE OF APPEAL**

  PLEASE TAKE NOTICE THAT plaintiff Gerard Angulo hereby appeals to the United States Court of Appeals for the Second Circuit from the Final Judgment entered against him on February 15, 2005.

Dated: New York, New York     Eric W. Berry Law Office pc
   March 17, 2005

                By: _____
                 Eric W. Berry [EB8598]
                 *Attorneys for plaintiff Gerard Angulo*
                 132 Nassau Street, Suite 1300
                 New York, New York   10038
                 (212) 355-0777

*Service List:* Zeichner, Ellman & Krause
      Attn. Stuart Krause, Esq.
      *Attorneys for defendant Skadden, Arps,*
       *Slate, Meagher & Flom, LLP*
      575 Lexington Avenue - 10th Fl
      New York, New York 10022
      (212) 223-0400

*service list con'd on following page*

*service list (con'd)*

        Clerk of the Court
        United States District Court
        500 Pearl Street
        New York, New York   10007