

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

Date: 5/3/05
Docket Number: 05-1428-cv
Short Title: Angulo Capital Corp. v. Skadden, Arps, Slate, Meagher &
DC Docket Number: 04-cv-3114
DC: SDNY (NEW YORK CITY)
DC Judge: Honorable Kimba Wood

DC Initials: SDNY/NYNY

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 3rd day of May two thousand five.

**Angulo Capital Corp.,**

   Plaintiff,

**Gerard Angulo,**

   Plaintiff-Appellant,

   v.

**Skadden, Arps, Slate, Meagher & Flom, LLP**

   Defendant-Appellee.

The Civil Appeal Management Plan of this Court Directs that within the (10) days after filing a Notice of Appeal, the Appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and, that in the event of default of any of these requirements, the Clerk may dismiss the appeal without further notice.

   The appellant herein not having so proceeded, upon consideration thereof, it is
   ordered that the appeal from the order of 2/15/05 United States District
   Court for the Southern District be and it hereby is dismissed.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by
DEPUTY CLERK

CERTIFIED 5/3/05

For the Court,
Roseann B. MacKechnie, Clerk
By Julius D. Crockwell
Deputy Clerk